UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN H. DUPRE | CIVIL ACTION |
| VERSUS | NO: 13-356 |
| WESTLAWN CEMETERIES, LLC,, ET AL. | SECTION: "A" (2) |

   The Court has been advised that the above captioned matter has settled.  United States Magistrate Judge Jay Wilkinson and counsel are thanked for their assistance.

   January 23, 2014

_____
UNITED STATES DISTRICT JUDGE


NEF: Magistrate Judge Wilkinson