UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN H. DUPRE | * | CIVIL ACTION |
| | * | |
| | * | NO.: 13-cv-00356 |
| VERSUS | * | |
| | * | SECTION: A (2) |
| WESTLAWN CEMETERIES, L.L.C., | * | JUDGE: JAY C. ZAINEY |
| MOTHE FUNERAL HOMES, L.L.C. | * | |
| AND BOYD MOTHE, SR. | * | MAGISTRATE: JOSEPH C. WILKINSON, |
| | * | JR. |

* * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS THE FLSA CLAIMS OF PLAINTIFF WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, John H. Dupre ("Mr. Dupre") and defendants, Westlawn Cemeteries, L.L.C. ("Westlawn") and Mothe Funeral Homes, L.L.C. ("Mothe") who, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move this court for an order dismissing Mr. Dupre's claims against Westlawn and Mothe in the above-entitled action under the Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq.* ("FLSA"), with prejudice.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **GAUDRY, RANSON, HIGGINS & GREMILLION, L.L.C.** | **DENECHAUD AND DENECHAUD, LLP** |
| */s/ Daniel A. Ranson* | */s/ Ralph J. Aucoin* |
| **DANIEL A. RANSON, T.A. (#11114)** | **Ralph J. Aucoin, T.A. (#02606)** |
| **RYAN C. HIGGINS (#33181)** | **Richard A. Bordelon (#14091)** |
| 401 Whitney Avenue, Suite 500 | 1010 Common Street, Suite 3010 |
| Gretna, LA 70056 | New Orleans, LA 70112 |
| Telephone: (504) 362-2466 | Phone:  (504) 522-4756 |
| Facsimile:  (504) 362-5938 | Fax:      (504) 568-0783 |
| E-mail: dranson@grhg.net | E-mail:  raucoin@denechaudlaw.com |
| E-mail: rhiggins@grhg.net | E-mail:  rbordelon@denechaudlaw.com |
| *Attorneys for Defendants* | *Attorneys for John H. Dupre* |