UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN H. DUPRE | * | CIVIL ACTION |
| | * | |
| | * | NO.: 13-cv-00356 |
| VERSUS | * | |
| | * | SECTION: A (2) |
| WESTLAWN CEMETERIES, L.L.C., | * | JUDGE: JAY C. ZAINEY |
| MOTHE FUNERAL HOMES, L.L.C. | * | |
| AND BOYD MOTHE, SR. | * | MAGISTRATE: JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

Considering the Joint Motion of the Parties to dismiss the FLSA claims of plaintiff in the above numbered and entitled cause, it is ordered that pursuant to the Rule 41(a)(2) of the Federal Rules of Civil Procedure, the claim of John H. Dupre against Westlawn Cemeteries, LLC and Mothe Funeral Homes, LLC in the above numbered and entitled action under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, be and the same is hereby dismissed with prejudice and each party bearing its own cost.

New Orleans, Louisiana this  10th  day of _____February_____, 2014.

_____
UNITED STATES DISTRICT JUDGE