UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN H. DUPRE | * | CIVIL ACTION |
| | * | |
| | * | NO.: 13-cv-00356 |
| VERSUS | * | |
| | * | SECTION: A (2) |
| WESTLAWN CEMETERIES, L.L.C., | * | JUDGE: JAY C. ZAINEY |
| MOTHE FUNERAL HOMES, L.L.C. | * | |
| AND BOYD MOTHE, SR. | * | MAGISTRATE: JOSEPH C. WILKINSON, |
| | * | JR. |

* * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS WITH PREJUDUCE

NOW INTO COURT, through undersigned counsel, comes plaintiff, John H. Dupre ("Mr. Dupre") and defendants, Westlawn Cemeteries, L.L.C. ("Westlawn") and Mothe Funeral Homes, L.L.C. ("Mothe") who move for an order dismissing all remaining claims against Westlawn and Mothe in the above-entitled matter, with prejudice, with each party to bear its own costs.

Respectfully submitted,                                        Respectfully submitted,

**GAUDRY, RANSON, HIGGINS &**                **DENECHAUD AND DENECHAUD, LLP**
**GREMILLION, L.L.C.**

  /s/ Daniel A. Ranson                                           /s/ Ralph J. Aucoin
**DANIEL A. RANSON, T.A. (#11114)**           **Ralph J. Aucoin, T.A. (#02606)**
**RYAN C. HIGGINS (#33181)**                     **Richard A. Bordelon (#14091)**
401 Whitney Avenue, Suite 500                     1010 Common Street, Suite 3010
Gretna, LA 70056                                             New Orleans, LA 70112
Telephone: (504) 362-2466                             Phone:   (504) 522-4756
Facsimile:  (504) 362-5938                              Fax:       (504) 568-0783
E-mail: dranson@grhg.net                              E-mail:  raucoin@denechaudlaw.com
E-mail: rhiggins@grhg.net                              E-mail:  rbordelon@denechaudlaw.com
*Attorneys for Defendants*                            *Attorneys for John H. Dupre*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2014, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                              */s/ Daniel A. Ranson*
                                                              DANIEL A. RANSON

g:\1200\0054\pleadings\motion to dismiss.remaining claims.docx