UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN H. DUPRE | * | CIVIL ACTION |
| | * | |
| | * | NO.: 13-cv-00356 |
| VERSUS | * | |
| | * | SECTION: A (2) |
| WESTLAWN CEMETERIES, L.L.C., | * | JUDGE: JAY C. ZAINEY |
| MOTHE FUNERAL HOMES, L.L.C. | * | |
| AND BOYD MOTHE, SR. | * | MAGISTRATE: JOSEPH C. WILKINSON, |
| | * | JR. |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER OF DISMISSAL

Considering the Joint Motion of the Parties to dismiss all remaining claims pending in the above numbered and entitled proceedings, it is ordered that the above numbered and entitled proceedings be dismissed with full prejudice, each party to bear its own cost.

New Orleans, Louisiana this  18th  day of _____February_____, 2014.

_____
UNITED STATES DISTRICT JUDGE